UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Felix Perez

Write the full name of each plaintiff.

No. 17CV677

(To be filled out by Clerk's Office)

-against-

New York Police Department
John Doe Officer of the 104th Precinct
who shot me at about 1:30 pm on
August 1, 2016.

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

COMPLAINT
(Prisoner)

Do you want a jury trial?
☐ Yes  ☐ No

2017 JAN 27 PM 3:22
RECEIVED
SDNY DOCKET UNIT

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.   LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

- [x] Violation of my federal constitutional rights
- [x] Other: _Discharge of firearm to unarmed civilian and injury_

## II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

_Felix_                               _Perez_
First Name         Middle Initial         Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

_441-16-06039_
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

_AMKC Riker's Island_
Current Place of Detention

_18-18 Hazen St_
Institutional Address

_E. Elmhurst_                  _NY_            _11370_
County, City                  State           Zip Code

## III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

- [x] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced prisoner
- [ ] Other: _____

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: John Doe
First Name / Last Name / Shield #

Police Officer
Current Job Title (or other identifying information)

104th Precinct
Current Work Address

Glendale    NY.    11384
County, City / State / Zip Code

Defendant 2:

First Name / Last Name / Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City / State / Zip Code

Defendant 3:

First Name / Last Name / Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City / State / Zip Code

Defendant 4:

First Name / Last Name / Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City / State / Zip Code

## V. STATEMENT OF CLAIM

Place(s) of occurrence: __Maspeth Queens 66 St__

Date(s) of occurrence: __8/1/16__

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On the date of August 1, 2016 I (Felix Perez) was shot by an officer of the 104th Precinct while trying to flee the scene of a burglary. I was unarmed and showed no intention of harming anyone nor did I make any hand gestures indicating that I was armed or dangerous. I was shot in the left groin and the bullet barely missed my femural artery, urethra and rectum and is now lodged in my right buttocks. I am experiencing post traumatic stress disorder and other side effects. I am currently prescribed psychotic medication due to this occurance.

INJURIES:

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Injury is a bullet wound to the left groin which resulted to post traumatic stress disorder which include nightmares of being killed by officers and fear of anyone in uniform.

## VI. RELIEF

State briefly what money damages or other relief you want the court to order.

$10,000,000 in injury relief and pain and suffering.

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| 1/16/17 | *Felix Perez* |
|---|---|
| Dated | Plaintiff's Signature |
| Felix    I | Perez |
| First Name     Middle Initial | Last Name |

15-18 Hazen St
Prison Address

| E. Elmhurst | NY | 11370 |
|---|---|---|
| County, City | State | Zip Code |

Date on which I am delivering this complaint to prison authorities for mailing: 1/16/17

Page 6

Felix Perez 441 1606039
1818 Hazen St.
E. Elmhurst NY. 11370 9100

Comm. 1/17
You have
71.0


Legal Mail

the Daniel Patrick Moynihan
United States Courthouse
500 Pearl St. Room 2200
New York, NY. 10007-1512

RECEIVED
SDNY DOCKETING
2017 JAN 27